IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Davis, Marjorie M

Printed:  3/11/08

Case Number:  06 B 14491
Judge:  Goldgar, A. Benjamin
Filed:  11/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  January 29, 2008
Confirmed:  May 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,970.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,809.62 |
| Trustee Fee: | | 160.38 |
| Other Funds: | | 0.00 |
| Totals: | 2,970.00 | 2,970.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,924.00 | 2,809.62 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Virginia Warren | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 10,330.19 | 0.00 |
| 5. | Capital One | Unsecured | 1,254.31 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 477.92 | 0.00 |
| 7. | Bergners | Unsecured | 616.79 | 0.00 |
| 8. | Capital One | Unsecured | 1,566.75 | 0.00 |
| 9. | Bankcard Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,169.96 | $ 2,809.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 160.38 |
| | _____ |
| | $ 160.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Davis, Marjorie M | Case Number:  06 B 14491 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  3/11/08 | Filed:  11/7/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

